THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUCHELL GILBERT, | CASE NO. C18-0798-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Respondent's unopposed motion to extend the deadline for filing its answer to Petitioner's 28 U.S.C. section 2255 petition (Dkt. No. 7). Finding good cause, Respondent's motion (Dkt. No. 7) is GRANTED. Respondent shall file its answer no later than Monday, August 27, 2018. The Government shall note its answer for consideration on the fourth Friday after it is filed. Petitioner may file and serve a reply to the answer no later than the noting date.

DATED this 26th day of July 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0798-JCC
PAGE - 1